JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 579 -- **In re AMERICAN LANCER Damaged Cargo Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/12/12 | 1 | MOTION, MEMORANDUM, SCHEDULE, EXHIBITS, AND CERT. OF SVC. -- United States Lines, Inc.  SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK  SUGGESTED TRANSFEREE JUDGE: Hon. Pierre N. Leval (emh) |
| 83/12/19 | | HEARING ORDER -- Setting Motion of defendant United States Lines, Inc. for Panel hearing on January 26, 1984, in Atlanta, Georgia. (ds) |
| 83/12/22 | | APPEARANCES -- Michael J. Ryan for United States Lines, Inc.; Robert J. Phillips for Applicator Brush Co.; Robert C. Chiles for Levi Strauss & Co.   (emh) |
| 83/12/28 | 2 | RESPONSE -- Levi Strauss & Co. -- w/cert. of svc. (emh) |
| 83/12/30 | | APPEARANCES -- Raymond P. Hayden for Alexander's, Inc., Sunkyong International, Inc., Haines Products, Inc.; Peter D. Fenzel for Great American Insurance Companies, Universal Leaf Tobacco, Inc., Danville Industries, Inc., Washington International Insurance Co., Royal Insurance Co. of America and County Seat Stores, Inc.   (emh) |
| 84/01/06 | | APPEARANCE -- VINCENT, BERG, RUSSO, MARCIGLIANO & ZAWACKI for American Marine Insurance Group   (ds) |
| 84/01/23 | | WAIVERS OF ORAL ARGUMENT -- All waived   (cds) |
| 84/02/23 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Pierre N. Leval in the S.D. New York pursuant to 28 U.S.C. §1407. (emh) |
| 84/02/23 | | TRANSFER ORDER -- transferring litigation (A-1) to the S.D. New York pursuant to 28 U.S.C. §1407.  Notified PASL, involved judges and clerks and recipients.  (emh) |

JPML Form 1

Revised: 8/78

**DOCKET NO.** 579 -- **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

CAPTION: In re AMERICAN LANCER Damaged Cargo Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 2/ /84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/23/84 | TO | unpublished | N.Y.S. | Pierre N. Leval | |

Misc 76 - 21-34 P.N.L

**Special Transferee Information**

DATE CLOSED: 4/12/85

2/23/84
4/12/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Hon. Pierre N. Leval
N.Y., S.

DOCKET NO. 579 -- In re AMERICAN LANCER Damaged Cargo Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Levi Strauss & Co. v. United States Lines, Inc., et al. | N.D.Cal. Williams | C83-1395 | FEB 2 3 1984 | 84-2029 | | |
| A-2 | American Marine Insurance Group v. M/V "American Lancer", et al. | S.D.N.Y. Ward | 83 Civ 6069 | | | | all closed 4/12/85 |
| A-3 | Modern Shirts Industries, Ltd. v. SS: American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6365 | | | | |
| A-4 | Great American Insurance Companies v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6551 | | | | |
| A-5 | Universal Leaf Tobacco Co., Inc. v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6555 | | | | |
| A-6 | Danville Industries, Inc. v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6553 | | | | |
| A-7 | Washington International Insurance Co. v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6554 | | | | |
| A-8 | Royal Insurance Co. of America v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6550 | | | | |
| A-9 | County Seat Stores, Inc. v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6556 | | | | |
| A-10 | Alexander's Inc. v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6745 | | | | . |
| A-11 | Sunkyong International, Inc. v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6744 | | | | |

DOCKET NO. 579 -- In re AMERICAN LANCER Damaged Cargo Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Haines Products, Inc. v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 7879 | | | | all closed 4/10/85 |
| A-13 | Applicator Brush Co., Inc. v. S.S. American Lancer, et al. | S.D.N.Y. Leval | 83 Civ 6118 | | | | |
| XYZ-14 | Biderman v. American Lancer | S.D.N.Y. | 83 Civ 3705 | | | | |
| XYZ-15 | Bausch & Lomb v. S.S. American Lancer | S.D.N.Y. | 84 Civ 126 | | | | |
| XYZ-16 | Shetland v. U. S. Lines | S.D.N.Y. | 84 Civ 695 | | | | |
| XYZ-17 | South American Shoe v. U. S. Lines | S.D.N.Y. | 84 Civ 696 | | | | |
| XYZ-18 | Sears Roebuck v. U. S. Lines | S.D.N.Y. | 84 Civ 697 | | | | |
| XYZ-19 | Brookfield Athletic Shoe v. U. S. Lines | S.D.N.Y. | 84 Civ 698 | | | | |
| XYZ-20 | Calrad Import v. American Lancer | S.D.N.Y. | 84 Civ 699 | | | | |
| XYZ-21 | Phoenix Assurance v. American Lancer | S.D.N.Y. | 84 Civ 770 | | | | |
| XYZ-22 | Thom McAnn v. S.S. American Lancer | S.D.N.Y. | 84 Civ 1238 | | | | |
| XYZ-23 | World Industries v. American Lancer | S.D.N.Y. | 84 Civ 1374 | | | | |
| XYZ-24 | Straus v. U.S. Lines  w/d — 1 (duplicate) | S.D.N.Y. | 84 Civ 2029 | | | | |
| XYZ-25 | Pacific Connections, Inc. v. SS American Lancer, et al. | S.D.N.Y. | 84-1322 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 579 -- In re AMERICAN LANCER Damaged Cargo Litigation

---

LEVI STRAUSS & COMPANY (A-1)
Robert C. Chiles, Esq.
Hall, Henry, Oliver & McReavy
100 Bush Street, Suite 1200
San Francisco, California   94104

AMERICAN MARINE INSURANCE GROUP (A-2)
Vincent, Berg, Russo, Marcigliano
  & Zawacki
127 John Street
New York, New York   10038

No Appearance Received:
MODERN SHIRTS INDUSTRIES, LTD. (A-3)
Weiss & Campise
260 Madison Avenue
New York, New York

GREAT AMERICAN INSURANCE COMPANIES (A-4)
UNIVERSAL LEAF TOBACCO CO., INC. (A-5)
DANVILLE INDUSTRIES, INC. (A-6)
WASHINGTON INTERNATIONAL INSURANCE CO. (A-7)
ROYAL INSURANCE CO. OF AMERICA (A-8)
COUNTY SEAT STORES, INC. (A-9)

Peter D. Fenzel, Esq.
Donovan, Maloof, Walsh & Kennedy
161 William Street
New York, New York   10038

ALEXANDER'S, INC. (A-10)
SUNKYONG INTERNATIONAL, INC. (A-11)
HAINES PRODUCTS, INC. (A-12)
Raymond P. Hayden, Esq.
Hill, Rivkins, Carey, Loesberg,
  O'Brien & Mulroy
21 West Street
New York, New York   10006

APPLICATOR BRUSH COMPANY (A-13)
Robert J. Phillips, Jr., Esq.
Bigham, Englar, Jones & Houston
14 Wall Street
New York, New York   10005

UNITED STATES LINES
Michael J. Ryan, Esq.
Hill, Betts & Nash
One World Trade Center
Suite 5215
New York, New York   10048

S.S. AMERICAN LANCER
Unable to serve; owned by
United States Lines

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 579 -- In re AMERICAN LANCER Damaged Cargo Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| United States Lines, Inc. | A-1,2,3,4,5,6,7,8,9,10,11,12,13 |
| AMERICAN LANCER | A-2 thru A-13 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |