JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 23 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 579

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMERICAN LANCER DAMAGED CARGO LITIGATION

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transfer, pursuant to 28 U.S.C. §1407, of the action pending in the Northern District of California to the Southern District of New York for coordinated or consolidated pretrial proceedings with the actions pending in that district. The Panel finds upon consideration of the papers submitted[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnessses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Northern District of California be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Pierre N. Leval for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of this action under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-579 -- In re AMERICAN LANCER Damaged Cargo Litigation

    Northern District of California

Levi Strauss & Co. v. United States Lines, Inc., et al.,
C.A. No. C83-1395-SW

    Southern District of New York

American Marine Insurance Group v. M/V "American Lancer", et al.,
C.A. No. 83-Civ-6069
Modern Shirts Industries, Ltd. v. SS: American Lancer, et al.,
C.A. No. 83-Civ-6365
Great American Insurance Companies v. S.S. American Lancer, et al., C.A. No. 83-Civ-6551
Universal Leaf Tabacco Co., Inc. v. S.S. American Lancer, et al.,
C.A. No. 83-Civ-6555
Danville Industries, Inc. v. S.S. American Lancer, et al.,
C.A. No. 83-Civ-6553
Washington International Insurance Co. v. S.S. American Lancer, et al., C.A. No. 83-Civ-6554
Royal Insurance Co. of America v. S.S. American Lancer, et al.,
C.A. No. 83-Civ-6550
County Seat Stores, Inc. v. S.S. American Lancer, et al.,
C.A. No. 83-Civ-6556
Alexander's Inc. v. S.S. American Lancer, et al.,
C.A. No. 83-Civ-6745
Sunkyong International, Inc. v. S.S. American Lancer, et al.,
C.A. No. 83-Civ-6744
Haines Products, Inc. v. S.S. American Lancer, et al.,
C.A. No. 83-Civ-7879
Applicator Brush Co., Inc. v. S.S. American Lancer, et al.,
C.A. No. 83-Civ-6118